1  MELINDA HAAG (CABN 132612)
   United States Attorney

2  MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  NATALIE LEE (CABN 277362)
   Assistant United States Attorney

       450 Golden Gate Avenue
       Eleventh Floor
       San Francisco, CA 94102
       Telephone: (415) 436-7301
       Fax: (415) 436-6753
       E-Mail: natalie.lee2@usdoj.gov

   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 3:13-mj-70400 LB |
| v. | |
| CHRISTOPHER ELMORE, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME LIMITS OF RULE 5.1(c) AND EXCLUDING TIME** |
| Defendant. | |

On April 15, 2013, the parties in this case appeared before the Court for an initial appearance on a Complaint. On April 19, 2013, the parties submitted, and the Court granted, this Stipulation and Proposed Order Extending the Time Limits of Rule 5.1(c) and Excluding Time until May 20, 2013. The parties now submit a second Stipulation and Proposed Order Extending the Time Limits of Rule 5.1(c) and Excluding Time until June 21, 2013.

Pursuant to Rule 5.1(d), the defendant consents to this extension of time and waiver, and the parties represent that good cause exists for the extension, including the effective preparation of counsel. The requested continuance is needed to allow counsel sufficient time to prepare and

STIPULATION & [PROPOSED] ORDER EXTENDING TIME LIMITS AND EXCLUDING TIME
CR 13-mj-70400 LB

review discovery that the government has provided, and the failure to grant the continuance requested would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, the parties agree that the Court shall order that the Speedy Trial clock shall be tolled for the reasons stated above from May 20, 2013 to June 21, 2013, and that the arraignment/ preliminary hearing be continued until June 21, 2013. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: May _14_, 2013                    /s/
NATALIE LEE
Assistant United States Attorney

DATED: May _14_, 2013                    /s/
RITA BOSWORTH
Attorney for Christopher Elmore

### [PROPOSED] ORDER

For the reasons stated above, the Court finds that the extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from May 20, 2013 through June 21, 2013 is warranted and that a continuance of the defendant's arraignment / preliminary hearing to June 21, 2013 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 5/15/13

THE HONORABLE ____ SPERO
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER EXTENDING TIME LIMITS AND EXCLUDING TIME
CR 13-mj-70400 LB                                                                 2