MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Avenue
    Eleventh Floor
    San Francisco, CA 94102
    Telephone: (415) 436-7301
    Fax: (415) 436-6753
    E-Mail: natalie.lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-mj-70505 LB |
| v. | |
| EUGENE WHITMORE, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME LIMITS OF RULE 5.1(c) AND EXCLUDING TIME** |
| Defendant. | |

On May 7, 2013, the parties in this case appeared before the Court for an initial appearance on a Complaint. The parties submitted a Stipulation and Proposed Order Extending the Time Limits of Rule 5.1(c) and Excluding Time until May 30, 2013, and the Court granted that request. The parties then submitted a second Stipulation and Proposed Order Extending the Time Limits of Rule 5.1(c) and Excluding Time until June 14, 2013, and the Court granted that request. The parties submitted a third Stipulation and Proposed Order Extending the Time Limits of Rule 5.1(c) and Excluding Time until June 26, 2013, and the Court granted that request. The parties now submit this final Stipulation and Proposed Order Extending the Time

STIPULATION 2 & [PROPOSED] ORDER EXTENDING TIME LIMITS AND EXCLUDING TIME
CR 13-mj-70505 LB

1  Limits of Rule 5.1(c) and Excluding Time until July 11, 2013.

2      Pursuant to Rule 5.1(d), the defendant consents to this extension of time and waiver, and
3  the parties represent that good cause exists for the extension, including the effective preparation
4  of counsel.  The requested continuance is needed to allow counsel sufficient time to review
5  discovery that the government has provided and to research case law related to the charges
6  against the defendant, and the failure to grant the continuance requested would unreasonably
7  deny counsel the reasonable time necessary for effective preparation, taking into account the
8  exercise of due diligence.  Therefore, the parties agree that the Court shall order that the Speedy
9  Trial clock shall be tolled for the reasons stated above from June 26, 2013 to July 11, 2013, and
10 that the arraignment/ preliminary hearing be continued until July 11, 2013.  18 U.S.C. §
11 3161(h)(7)(A) and (B)(iv).

12 SO STIPULATED:

13
14                                     MELINDA HAAG
                                    United States Attorney

15
16 DATED: June _24_, 2013                 /S/
                                  NATALIE LEE
                                  Assistant United States Attorney

17
18 DATED: June _24_, 2013                 /S/
                                  NATALIE LEE
19                                   ELIZABETH FALK
                                  Attorney for Eugene Whitmore

20
21                              [~~PROPOSED~~] ORDER

22    For the reasons stated above, the Court finds that the extension of time limits applicable
23 under Federal Rule of Criminal Procedure 5.1(c) from June 26, 2013 through July 11, 2013 is
24 warranted and that a continuance of the defendant's arraignment / preliminary hearing to July 11,
25 2013 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. §
26 3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the
27 interests of the public and the defendant in the prompt disposition of this criminal case; and that
28 the failure to grant the requested exclusion of time would deny counsel for the defendant and for

1 | the government the reasonable time necessary for effective preparation, taking into account the
2 | exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C.
3 | §3161(h)(7)(B)(iv).

    IT IS SO ORDERED.

DATED: June 26, 2013

_____
THE HONORABLE LAUREL BEELER
United States Magistrate Judge